THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Octavious O.
 Collins, Appellant.
 
 
 

Appeal From Georgetown County
 Benjamin H. Culbertson, Circuit Court
Judge

Unpublished Opinion No. 2012-UP-176   
 Submitted March 1, 2012  Filed March 14,
2012

AFFIRMED

 
 
 
 Appellate Defender Elizabeth Franklin-Best,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Christina J. Catoe, all of Columbia;
 and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Octavious
 O. Collins appeals his sentence of twenty years' imprisonment for distribution
 of cocaine base, third offense, arguing the trial court abused its discretion
 in light of Collins's age, the small amount of cocaine at issue, and because
 Collins has never spent any substantial time in prison.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: Brooks v. State,
 325 S.C. 269, 271-72, 481 S.E.2d 712, 713 (1997) ("A trial [court] is
 allowed broad discretion in sentencing within statutory limits.  A sentence is
 not excessive if it is within statutory limitations and there are no facts
 supporting an allegation of prejudice against a defendant."  (citations
 omitted)).
AFFIRMED.
PIEPER,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.